Mark T. McClenning, CA SBN 206177
Attorney at Law
602 13th Street NW
Mandan, North Dakota 58554
Telephone: (701) 214-5736
McClenningLaw@gmail.com

Adam Stevens CA SBN 262391
Attorney at Law
10808 1/2 Huston Street
North Hollywood, California 91601
Telephone: (310) 487-4902
adamstevens.law@gmail.com

Attorneys for Plaintiff Gabrielle Loth

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GABRIELLE LOTH,<br><br>   Plaintiff,<br><br>vs.<br><br><br>R.M. GALICIA, INC. d.b.a.<br>PROGRESSIVE MANAGEMENT<br>SYSTEMS,<br>   Defendant. | Case No. CV 12-7843 DMG-MRW<br><br><br>ORDER RE ENTRY OF JUDGMENT<br>PURSUANT TO FEDERAL RULE OF<br>CIVIL PROCEDURE 68 [15, 16] |

  Based on the Federal Rule of Civil Procedure 68 Offer of Judgment from defendant R.M. GALICIA, INC. d.b.a. PROGRESSIVE MANAGEMENT SYSTEMS ("defendant") served on plaintiff GABREILLE LOTH ("plaintiff") pursuant to rule 5(b)(2)(C) of the Federal Rules of Civil Procedure on December 13, 2012, and plaintiff's December 27, 2012 acceptance of said offer of judgment, the Court hereby orders that:

Judgment shall be taken in favor of plaintiff and against defendant in the amount of Two Thousand and 00/100 ($2,000.00) dollars arising from plaintiff's claims against defendant as alleged in plaintiff's pleadings filed in the above-captioned matter.  Additionally, defendant shall pay in full, on behalf of plaintiff, the Memorial Medical Center account which defendant alleged plaintiff owes; and defendant shall submit a request to the consumer credit reporting agencies to which defendant reports to delete defendant's trade line associated with the Memorial Medical Center account which defendant alleged plaintiff owes.

The judgment entered shall include an additional amount for plaintiff's reasonable costs and reasonable attorneys' fees incurred in pursuing this action against defendant, either as agreed to by defendant and plaintiff, or in the event defendant and plaintiff cannot agree, in an amount as determined by the Court on formal motion filed by plaintiff.

DATED:  December 28, 2012

DOLLY M. GEE
United States District Judge