Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz

Attorney for R.M. GALICIA, INC. d.b.a. PROGRESSIVE MANAGEMENT SYSTEMS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| GABRIELLE LOTH, | ) Case No. CV 12-7843 DMG(MRWx) |
|---|---|
| Plaintiff, | ) ORDER RE AWARD OF PLAINTIFF'S ATTORNEYS' FEES AND COSTS [18] |
| vs. | ) |
| R.M. GALICIA, INC. d.b.a PROGRESSIVE MANAGEMENT SYSTEMS, | ) |
| Defendant. | ) |

Based on the Stipulation to Attorneys' Fees and Costs pursuant to Defendant's Federal Rule of Civil Procedure 68 Offer of Judgment entered into by plaintiff Gabrielle Loth and Defendant, R.M. Galicia, Inc. d.b.a. Progressive Management Systems, and filed herein, the Court hereby orders that plaintiff is granted an award of attorneys' fees and costs in the sum of $3,803.45.

Plaintiff shall file a satisfaction of judgment with the Court within (5) days of bank clearance of the full payment received by plaintiff.

IT IS SO ORDERED.

Dated:  January 14, 2013

_____
Dolly M. Gee
United States District Judge