Mark T. McClenning, CA SBN 206177
Attorney at Law
602 13th Street NW
Mandan, North Dakota 58554
Telephone: (701) 214-5736
McClenningLaw@gmail.com

Adam Stevens CA SBN 262391
Attorney at Law
10808 1/2 Huston Street
North Hollywood, California 91601
Telephone: (310) 487-4902
adamstevens.law@gmail.com

Attorneys for Plaintiff Gabrielle Loth

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE LOTH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>R.M. GALICIA, INC. d.b.a.<br>PROGRESSIVE MANAGEMENT<br>SYSTEMS,<br>　　　　Defendant. | Case No. CV 12-7843 DMG-MRW<br><br>ACKNOWLEDGEMENT OF FULL<br>SATISFACTION OF JUDGMENT |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE THAT, it is hereby acknowledged by plaintiff GABRIELLE LOTH the full satisfaction of the final judgment entered on

ACKNOWLEDGEMENT OF FULL SATISFACTION OF JUDGMENT - Page 1

December 28, 2012 in the amount of $5,803.45 against defendant R.M. GALICIA, INC. d.b.a. PROGRESSIVE MANAGEMENT SYSTEMS.

DATED: January 24, 2013                    /s/ Mark T. McClenning
                                           Mark T. McClenning
                                           Attorney for Plaintiff
                                           Gabrielle Loth